UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re.<br><br>KENT DAVID CHISENHALL,<br><br>Plaintiff. | Case No. 20-cv-05887-SI<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 1 |

Plaintiff sent to the court a letter complaining about conditions at the San Quentin State Prison, where he is incarcerated. In an effort to protect his rights, a new action was opened and the letter was filed on August 21, 2020. On that date, Plaintiff was notified that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint and did not file an *in forma pauperis* application or pay the fee. This action therefore is DISMISSED without prejudice for failure to file a pleading showing that the court has subject matter jurisdiction. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 5, 2020

_____
SUSAN ILLSTON
United States District Judge